Dismissed and Memorandum Opinion filed April 27, 2006









Dismissed and Memorandum Opinion filed April 27, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00017-CV

____________

 

JOE AND SUSAN VESTAL,
Appellants

 

V.

 

AMERICAN NATIONAL LLOYDS INSURANCE
COMPANY, Appellee

 



 

On Appeal from the 149th District
Court

Brazoria County,
Texas

Trial Court Cause No.
25925

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgment signed September 6, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  

On March 29, 2006, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellants paid or made arrangements to pay for
the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 27, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.